# Exhibit 2

**Exhibit for US Patent No. 7,238,550 Against Accused Microchip Technology Inc., Products**

| Claim | Marubeni COB package (chip on board logic module) |
|---|---|
| 17[P]. A method of fabricating Chip-on-Board logic modules using selectively settable materials, said method comprising: | Evidence: The Microchip QFN (chip on board logic module) is fabricated using Epoxy resin (selectively settable material).<br><br><br><br>**MICROCHIP   AN18.15**<br><br>**PCB Design Guidelines for QFN and DQFN Packages**<br><br>Author: Carl Johnson<br>Microchip Technology Inc.<br><br>**INTRODUCTION**<br><br>This application note provides specific guidelines for Printed Circuit Board (PCB) layout considerations and related solder stencil considerations when implementing Microchip products in Quad Flat No-lead (QFN) and Dual Quad Flat No-lead (DQFN) packages. This application note is intended for users who are familiar with PCB design, including signal integrity and thermal management implementation concepts.<br><br>Successful implementation of QFN-style packages, including QFNs and DQFNs, requires special consideration for PCB Footprint design, PCB layout, and solder paste stencil design. This application note describes these important considerations.<br><br>https://ww1.microchip.com/downloads/aemDocuments/documents/UNG/ApplicationNotes/ApplicationNotes/AN18.15-PCB-Design-Guide-QFN-DQFN-Packages-00001843.pdf |

**Exhibit for US Patent No. 7,238,550 Against Accused Microchip Technology Inc., Products**

| Claim | Marubeni COB package (chip on board logic module) |
|---|---|
|  | <br>https://ww1.microchip.com/downloads/aemDocuments/documents/UNG/ApplicationNotes/ApplicationNotes/AN18.15-PCB-Design-Guide-QFN-DQFN-Packages-00001843.pdf |
| [17A]. mounting unpackaged die on a circuit board using a first layer of selectively-settable material; | Evidence: The Microchip QFN discloses thermally conductive adhesive being used for attaching die with EPAD. Further, the evidence discloses that thermally conductive adhesives are the epoxy resins which are very stable fluids (i.e. only partially, never fully hardened), hence only some portion of the epoxy resins gets hardened. |

**Exhibit for US Patent No. 7,238,550 Against Accused Microchip Technology Inc., Products**

| Claim | Marubeni COB package (chip on board logic module) |
|---|---|
| |  https://ww1.microchip.com/downloads/aemDocuments/documents/UNG/ApplicationNotes/ApplicationNotes/AN18.15-PCB-Design-Guide-QFN-DQFN-Packages-00001843.pdf<br><br>https://ww1.microchip.com/downloads/aemDocuments/documents/UNG/ApplicationNotes/ApplicationNotes/AN18.15-PCB-Design-Guide-QFN-DQFN-Packages-00001843.pdf<br><br>https://en.wikipedia.org/wiki/Flat_no-leads_package |

### Exhibit for US Patent No. 7,238,550 Against Accused Microchip Technology Inc., Products

| Claim | Marubeni COB package (chip on board logic module) |
|---|---|
|  | https://www.panacol.com/adhesive-glue/thermally-conductive-glue# <br><br> https://industrial.sherwin-williams.com/emeai/gb/en/resin-flooring/resources/flooring-technical-resources/technical-articles/epoxy-hardeners-use.html |
| [17B]. hardening a portion of said first layer of selectively-settable material such that said unpackaged die is secured to said circuit board, but some of said selectively-settable material between said | Evidence: Evidence discloses that thermally conductive adhesives are the synthetic epoxy resins which are very stable fluids (i.e., never fully hardened). Therefore, some portion of epoxy resins can be fluidic. However, since the die has to get attached to the circuit board, therefore some of the epoxy resin has to get hardened by addition of epoxy hardener. The amount of fluidic and hardened portions of epoxy resins can be controlled by varying the amount of epoxy hardener added. <br><br> Further, some evidence found suggests that the liquid/fluidic epoxy resin might be a better thermal conductor than solid epoxy resin. Therefore it is highly likely that some form of epoxy resin must be liquid for thermal conduction, while other form must be solid for attaching the die. <br><br> Figure 10 shows that the phase transition temperature can be modulated by using different DGP30n ratios, and it is shown that the liquid crystal form appeared in a very wide temperature range in the second system. Therefore, in systems suitable for maintaining the liquid phase during heat curing, the wide temperature range of liquid crystal is important for finding the optimal curing conditions, selecting the optimal curing agent, and investigating the curing temperature [32]. Figure 11 shows the thermal conductivity of DGEBA, crystalline epoxy resin, and System 2 that DGP304 and DGP308 is mixed in 1:1 mol ratio. The liquid-crystalline epoxy developed in this study was found to exhibit higher thermal conductivity than conventional non-liquid epoxy resin. Table 1 summarizes the thermal conductivities of each epoxy matrix with p-phenylenediamine (PDA). |

# Exhibit for US Patent No. 7,238,550 Against Accused Microchip Technology Inc., Products

| Claim | Marubeni COB package (chip on board logic module) |
|---|---|
| unpackaged die and said circuit board is never fully hardened. | https://www.mdpi.com/2073-4360/13/8/1302<br><br>https://ww1.microchip.com/downloads/aemDocuments/documents/UNG/ApplicationNotes/ApplicationNotes/AN18.15-PCB-Design-Guide-QFN-DQFN-Packages-00001843.pdf<br><br>https://ww1.microchip.com/downloads/aemDocuments/documents/UNG/ApplicationNotes/ApplicationNotes/AN18.15-PCB-Design-Guide-QFN-DQFN-Packages-00001843.pdf |

## Exhibit for US Patent No. 7,238,550 Against Accused Microchip Technology Inc., Products

| Claim | Marubeni COB package (chip on board logic module) |
|---|---|
| | https://en.wikipedia.org/wiki/Flat_no-leads_package <br><br> https://www.panacol.com/adhesive-glue/thermally-conductive-glue# <br><br> https://industrial.sherwin-williams.com/emeai/gb/en/resin-flooring/resources/flooring-technical-resources/technical-articles/epoxy-hardeners-use.html |