# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HELIX MICROINNOVATIONS LLC,**<br><br>     Plaintiff,<br><br>     *v.*<br><br>**MICROCHIP TECHNOLOGY INCORPORATED,**<br><br>     Defendant. | **CASE NO. 1:24-CV-00962-MN**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Plaintiff HELIX MICROINNOVATIONS LLC ("Plaintiff") files this unopposed motion for an order extending the deadline for Defendant MICROCHIP TECHNOLOGY INCORPORATED ("Defendant") to respond to Plaintiff's Complaint for Patent Infringement until and including October 24, 2024. No party will be prejudiced by this extension. Accordingly, Plaintiff respectfully submits that good cause exists under Fed. R. Civ. P. 6(b)(1)(A) for the requested extension. This is the first request for an extension of this nature.

Date: September 17, 2024

- 2 -

        Respectfully submitted,

        */s/ Antranig Garibian*
        Antranig Garibian, Esquire
        DE Bar No. 4962
        Garibian Law Offices, P.C.
        1523 Concord Pike, Suite 400
        Wilmington, DE 19803
        (302) 722-6885
        ag@garibianlaw.com

        Isaac Rabicoff
        Rabicoff Law LLC
        (*pro hac vice* forthcoming)
        4311 N Ravenswood Ave Suite 315
        Chicago, IL 60613
        Tel. (773) 669-4590
        issac@rabilaw.com

        ***Attorneys for Plaintiff***
        ***Helix Microinnovations LLC***

**SO ORDERED**, this _____ day of September 2024.

_____
**The Honorable Maryellen Noreika**
**United States District Judge**