# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Helix Microinnovations LLC,**  Plaintiff,  v.  **Microchip Technology Incorporated,**  Defendant. | Case No. 1:24-cv-00962-MN  Patent Case  Jury Trial Demanded |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Helix Microinnovations LLC hereby dismisses this action **without prejudice**. Defendant Microchip Technology Incorporated has not yet answered the Complaint or moved for summary judgment.

Date: December 10, 2024

Respectfully submitted,

*/s/ Antranig Garibian*
Antranig Garibian, Esquire
DE Bar No. 4962
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885
ag@garibianlaw.com

1

        Isaac Rabicoff
        Rabicoff Law LLC
        (*pro hac vice* forthcoming)
        4311 N Ravenswood Ave Suite 315
        Chicago, IL 60613
        Tel. (773) 669-4590
        issac@rabilaw.com

        *Attorneys for Plaintiff*
        *Helix Microinnovations LLC*

**SO ORDERED** this 10th day of December 2024.

_____
**The Honorable Maryellen Noreika**
**United States District Judge**

2