# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Helix Microinnovations LLC,** Plaintiff, v. **Microchip Technology Incorporated,** Defendant. | Case No. 1:24-cv-00962-MN  Patent Case  Jury Trial Demanded |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Helix Microinnovations LLC hereby dismisses this action **without prejudice**. Defendant Microchip Technology Incorporated has not yet answered the Complaint or moved for summary judgment.

Date: December 10, 2024

Respectfully submitted,

*/s/ Antranig Garibian*
Antranig Garibian, Esquire
DE Bar No. 4962
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885
ag@garibianlaw.com

>Isaac Rabicoff
>Rabicoff Law LLC
>(*pro hac vice* forthcoming)
>4311 N Ravenswood Ave Suite 315
>Chicago, IL 60613
>Tel. (773) 669-4590
>issac@rabilaw.com
>
>*Attorneys for Plaintiff*
>*Helix Microinnovations LLC*

**SO ORDERED** this 10th day of December 2024.

*/s/ Maryellen Noreika*
_____
**The Honorable Maryellen Noreika**
**United States District Judge**